UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMONT SHEPARD, | ) | Case No. CV 12-2803 DSF (MRW) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CONNIE GIPSON, | ) | |
| Respondent. | ) | |
| _____ | ) | |

   Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

   IT IS ORDERED that Judgment be entered denying the petitions and dismissing this action with prejudice.

2/24/14

DATE: _____       _____
                            HON. DALE S. FISCHER
                            UNITED STATES DISTRICT JUDGE